FILED
November 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Case No. Cr-S-06-0390 EJG
            Plaintiff,           )
                                 )
v.                               )   ORDER FOR RELEASE OF
                                 )   PERSON IN CUSTODY
TERRY TONG,                      )
                                 )
            Defendant.           )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Terry Tong</u>, Case No. <u>Cr S-06-0390 EJG</u>, Charge <u>Title 21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_  Release on Personal Recognizance

X   Bail Posted in the Sum of $ _160,000 partially secured remainder unsecured w co-signor_

\_\_  Unsecured Appearance Bond

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond with Surety

\_\_  Corporate Surety Bail Bond

X   (Other) _With pretrial services supervision on conditions as listed in court_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on _November 14, 2006_ at _2:10_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal