**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
tony@brasslawoffice.com

**Attorney for Defendant**
**TERRY TONG**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-S-06-390EJG |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO MODIFY CONDITION OF RELEASE |
| vs. ) | |
| ZHI HUI ZUE, et al., ) | |
| Defendant. ) | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that Terry Tong be allowed to travel to Los Angeles for the Thanksgiving holiday with his sister. Mr. Tong will be leaving on Wednesday November 21, 2007 and returning on Monday November 26, 2007.

Dated: November 14, 2007                              /s/ Anthony Brass___
                                                      Anthony Brass
                                                      Attorney for Terry Tong

Dated: November 14, 2007                              /s/ Robert Twiss
                                                      Robert Twiss
                                                      Assistant United States Attorney

U.S. v. Raymond Foakes

1
2                                           ORDER
3
4   IT IS SO ORDERED.
5
6   Dated:  November 21, 2007                    /s/ Edward J. Garcia
7                                                U. S. DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28