1  **ANTHONY J. BRASS (CASBN. 173302)**
   **Attorney at Law**
2  **3223 Webster Street**
   **San Francisco, California 94123**
3  **Telephone: (415) 922-5462**
   **Facsimile: (415) 346-8987**
4  **tony@brasslawoffice.com**

5

   **Attorney for Defendant**
6  **TERRY TONG**

7                          **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
8

9   UNITED STATES OF AMERICA,              )   Case No.: CR-S-06-390EJG
                                           )
10            Plaintiff,                    )   STIPULATION AND ORDER
                                           )   TO MODIFY CONDITION OF RELEASE
11        vs.                               )
                                           )
12  ZHI HUI ZUE, et al.,                    )
                                           )
13            Defendant.                     )
                                           )
14                                          )

15        THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that Terry Tong be

16  allowed to travel to Los Angeles for the Thanksgiving holiday with his sister.  Mr. Tong will be

17  leaving on Wednesday November 21, 2007 and returning on Monday November 26, 2007.

18

19

20  Dated: November 14, 2007                        /s/ Anthony Brass___
                                                   Anthony Brass
21                                                  Attorney for  Terry Tong

22

23  Dated: November 14, 2007                        /s/ Robert Twiss_____
                                                   Robert Twiss
24                                                  Assistant United States Attorney

25

26

27

28

                                    U.S. v. Raymond Foakes

1

2                                          ORDER

3

4  IT IS SO ORDERED.

5

6  Dated:  November 21, 2007                    /s/ Edward J. Garcia

7                                          U. S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28