```
McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. No. S-06-390 EJG |
| )  Plaintiff,  ) | STIPULATION AND ORDER |
| v.  ) | |
| ) | |
| TERRY TONG,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing for imposition of judgment and sentence currently scheduled for Friday, February 8, 2008 should be continued until Friday, May 9, 2008. The delay is necessary to complete matters necessary for sentencing.

Dated: February 5, 2008

```
                               McGREGOR W. SCOTT
                               United States Attorney

                                /s/ Robert M. Twiss
                           By:_____
                               ROBERT M. TWISS
                               Assistant U.S. Attorney
```

///

Dated: February 5, 2008

```
                                TERRY TONG
                                Defendant

                                /s/ Robert M. Twiss for
                           By:_____
                                ANTHONY BRASS
                            Counsel for Defendant
```

ORDER

IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, May 9, 2008 for imposition of judgment and sentence.

Dated: February 5, 2008

```
                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                Senior U.S. District Judge
```