**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

**Attorney for Defendant**
**TERRY TONG**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-06-390EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| ZHI HUI ZUE, et al., | |
| Defendant. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree for good cause shown to continue the sentencing for defendant Terry Tong from Friday May 9th 2008 to Friday August 8, 2008.

Dated: May 7, 2008          /s/ Anthony Brass
                            Anthony Brass
                            Attorney for Terry Tong

Dated: May 7, 2008          /s/ Robert Twiss
                            Robert Twiss
                            Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: May 8, 2008          /s/ Edward J. Garcia
                            U. S. DISTRICT COURT JUDGE