McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-06-390 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| TERRY TONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing for imposition of judgment and sentence currently scheduled for Friday, August 8, 2008 should be continued until Friday, September 26, 2008.  The delay is necessary to complete matters necessary for sentencing.  Counsel for defendant concurs, and authorizes the undersigned to sign for him.  The Probation Officer also concurs in the new date.

Dated: August 6, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Robert M. Twiss
                    By:_____
                        ROBERT M. TWISS
                        Assistant U.S. Attorney

Dated: August 6, 2008

                                    TERRY TONG
                                    Defendant

                              /s/ Robert M. Twiss for

                        By:_____
                            ANTHONY BRASS
                       Counsel for Defendant

## ORDER

   IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, September 26, 2008 for imposition of judgment and sentence.

Dated: August   7, 2008

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                Senior U.S. District Judge