1 | McGREGOR W. SCOTT
United States Attorney
2 | ROBERT M. TWISS
Assistant U.S. Attorney
3 | 501 I Street, 10th Floor
Sacramento, California 95814
4 | Telephone: (916) 554-2767

*Filed 10/16/08 [Deputy Clerk signature] USDC*

5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA     )
                                  )   Case No. CR S-06-390 EJG
12 |            Plaintiff,        )
                                  )
13 |       v.                     )
                                  )
14 | SEALED                       )
                                  )
15 |            Defendant.        )
                                  )
16

17              SEALING ORDER

18      Upon application of the United States of America and good cause
19 having been shown,
20      IT IS HEREBY ORDERED that the attached document dated October
21 16, 2008 in the above referenced case shall be sealed until further
22 order of the Court except for copies for use by the United States.
23 DATED: October 16, 2008

24                          _____
                            HONORABLE EDWARD J. GARCIA
25                          Senior U.S. District Judge
26
27
28

1