**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
tony@brasslawoffice.com

**Attorney for Defendant**
**TERRY TONG**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-06-390EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| ZHI HUI ZUE, et al., | |
| Defendant. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree to continue the sentencing in the matter of Terry Tong from Friday November 14, 2008 to Wednesday November 19, 2008.

This continuance is being requested because I was appointed in San Francisco Superior Court on an emergency basis to represent two police officers charged with contempt in a no time waiver case.  The judge insists that the contempt hearing be held on Friday November 14, 2008.

Wherefore, it is respectfully requested that the sentencing hearing be moved to November 19, 2008.

Dated: November 12, 2008	/s/ Anthony Brass
	Anthony Brass
	Attorney for Terry Tong

Dated: November 12, 2008	/s/ Robert Twiss
	Robert Twiss
	Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:  November 12, 2008	/s/ Edward J. Garcia
	U. S. DISTRICT COURT JUDGE