**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:       November 18, 2010

TO:         Colleen Lydon, Courtroom Deputy to the Hon. Edward J. Garcia

FROM:       Michael Petrik, Jr., Assistant Federal Defender

SUBJECT:    United States v. Terry Tong, No. 06-390 EJG
            REVOCATION OF SUPERVISED RELEASE CONTINUANCE

---

  This is to request that the Court continue the revocation hearing set for November 19, 2010, at 10:00 a.m., and reset it for **December 10, 2010, at 10:00 a.m.**  The United States Attorney's Office, and United States Probation, have no objection to the new date.

Dated:  November 18, 2010

            IT IS ORDERED.

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge

/dl
cc:    Michele Prince, AUSA
       Lori L. Koehnen, USPO